BLANCHE C. ALEXANDER v. THE TORRIDAIRE COMPANY and ABERCROMBIE & FITCH COMPANY.* — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant Torridaire Company filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermeyer, JJ.

LOUIS BARODYN v. JOSEPH PITMAN.— Motion denied, with ten dollars costs and stay vacated. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN ELLIOTT v. LOUIS J. JAFFEE and Others, Impleaded with JAFFEE-COHEN & LANG, INC., and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NICOLE DE PARIS, INC., v. HARRY KALMAN.— Motion denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLES S. HIRSCH and Others v. CHARLES BART.— Motion denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK KNAPP.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES T. BAIRD and Another, Impleaded with LOUIS C. COX.— Motion granted to the extent indicated in order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.